IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. CR 06 36-01T |
| v. | : | |
| | : | In Violation of 18 U.S.C. §§ 371, 1344 and 2. |
| MICHAEL OSTROWSKI<br>MYRON F. ROSE; AND<br>TIMOTHY A. SMITH | : | |

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**

(Conspiracy to Commit Bank Fraud)

**INTRODUCTION**

At all times relevant to this Indictment:

1. Citizens Bank ("Citizens") was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation.

2. The Woodridge United Church of Christ, 546 Budlong Road, Cranston, RI 02920 maintained a checking account at Citizens ("Woodridge Checking Account").

**The Conspiracy**

3. From beginning in or about January 2004 through in or about February 2004, the exact dates being unknown to the Grand Jury, within the District of Rhode Island and elsewhere, the defendants, MICHAEL OSTROWISKI; MYRON F. ROSE; AND TIMOTHY A. SMITH, together with others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate

and agree with each other to commit offenses against the United States, that is, bank fraud, in violation of 18 U.S.C. §§ 1344 and 2.

**Purpose and Object of the Conspiracy**

4. The purpose and object of the conspiracy was for the defendants, MICHAEL OSTROWSKI; MYRON F. ROSE; AND TIMOTHY A. SMITH, and others known and unknown to the Grand Jury, to obtain money from Citizens by cashing forged Woodridge Checking Account checks.

**Overt Acts**

5. In furtherance of the conspiracy and to effect the purposes and object thereof, there were committed by one or more of the conspirators, in the District of Rhode Island and elsewhere, at least one of the following overt acts, among others:

a. On or about January 23, 2004, the defendant MICHAEL OSTROWSKI, presented Woodridge Checking Account check #4725 to a teller at the Sockanosset Crossroad Cranston, RI branch of Citizens.

b. On or about January 26, 2004, defendant TIMOTHY A. SMITH, presented a Rhode Island identification card in his name to a teller employed by Citizens located at 1798 Smith Street, Providence, RI.

c. On or about January 28, 2004, the Defendant, MYRON F. ROSE, presented a Rhode Island identification card in his name to a teller employed by Citizens located in the Garfield Avenue Stop & Shop at 204 Garfield Avenue, Cranston, RI.

All in violation of 18 U.S.C. §§ 371 and 2.

**COUNTS 2 - 18**

6. The allegations made in Paragraphs 1 through 5 above are incorporated by reference.

7. From beginning in or about January 2004 through in or about February 2004, the exact dates being unknown to the Grand Jury, within the District of Rhode Island and elsewhere, the defendant, MICHAEL OSTROWSKI, knowingly executed and attempted to execute a scheme and artifice to defraud Citizens, and to obtain money under the custody and control of Citizens, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, by withdrawing money from Citizens as indicated in the following chart, with each such withdrawal constituting a separate Count of this Indictment:

| COUNT | DEFENDANT | DATE (On or about) | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| 2 | MICHAEL OSTROWSKI | January 23, 2004 | 4745 | $ 387.00 |
| 3 | MICHAEL OSTROWSKI | January 24, 2004 | 4740 | $ 487.00 |
| 4 | MICHAEL OSTROWSKI | January 25, 2005 | 4734 | $ 875.00 |
| 5 | MICHAEL OSTROWSKI | January 26, 2004 | 4727 | $ 875.00 |
| 6 | MICHAEL OSTROWSKI | January 27, 2004 | 4731 | $1,400.00 |
| 7 | MICHAEL OSTROWSKI | January 27, 2004 | 4741 | $1,275.00 |

| COUNT | DEFENDANT | DATE (On or about) | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| 8 | MICHAEL OSTROWSKI | January 27, 2004 | 4742 | $1,500.00 |
| 9 | MICHAEL OSTROWSKI | January 28, 2004 | 4728 | $1,470.00 |
| 10 | MICHAEL OSTROWSKI | February 2, 2004 | 4726 | $ 850.00 |
| 11 | MICHAEL OSTROWSKI | February 1, 2004 | 4658 | $ 921.00 |
| 12 | MICHAEL OSTROWSKI | February 2, 2004 | 4657 | $ 890.00 |
| 13 | MICHAEL OSTROWSKI | February 2, 2004 | 4656 | $ 887.00 |
| 14 | MICHAEL OSTROWSKI | February 1, 2004 | 4653 | $ 860.00 |
| 15 | MICHAEL OSTROWSKI | February 2, 2004 | 4661 | $ 860.00 |
| 16 | MICHAEL OSTROWSKI | February 2, 2004 | 4733 | $1,400.00 |
| 17 | MICHAEL OSTROWSKI | February 3, 2004 | 4722 | $ 850.00 |
| 18 | MICHAEL OSTROWSKI | February 4, 2004 | 4681 | $ 385.50 |

All in violation of 18 U.S.C. §§ 1344 and 2.

**COUNTS 19-21**

8. The allegations made in Paragraphs 1 through 5 above are incorporated by reference.

9. From beginning in or about January 2004 through in or about February 2004, the exact dates being unknown to the Grand Jury, within the District of Rhode Island and elsewhere, the

defendant, TIMOTHY A. SMITH, knowingly executed and attempted to execute a scheme and artifice to defraud Citizens, and to obtain money under the custody and control of Citizens, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, by withdrawing money from the Citizens as indicated in the following chart, with each such withdrawal constituting a separate Count of this Indictment:

| COUNT | DEFENDANT | DATE (On or about) | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| 19 | TIMOTHY A. SMITH | January 26, 2004 | 4730 | $ 675.00 |
| 20 | TIMOTHY A. SMITH | January 24, 2004 | 4737 | $ 300.00 |
| 21 | TIMOTHY A. SMITH | February 4, 2004 | 4677 | $ 850.00 |

All in violation of 18 U.S.C. §§ 1344 and 2.

**COUNTS 22-25**

10. The allegations made in Paragraphs 1 through 5 above are incorporated by reference.

11. From beginning in or about January 2004 through in or about February 2004, the exact dates being unknown to the Grand Jury, within the District of Rhode Island and elsewhere, the defendant, MYRON F. ROSE, knowingly executed and attempted to execute a scheme and artifice to defraud Citizens, and to obtain money under the custody and control of Citizens, a federally insured financial institution, by means of false and fraudulent

pretenses, representations, and promises, by withdrawing money from the Citizens as indicated in the following chart, with each such withdrawal constituting a separate Count of this Indictment:

| COUNT | DEFENDANT | DATE (On or about) | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| 22 | MYRON F. ROSE | January 28, 2004 | 4732 | $ 600.00 |
| 23 | MYRON F. ROSE | February 3, 2004 | 4723 | $ 850.00 |
| 24 | MYRON F. ROSE | February 4, 2004 | 4667 | $ 850.00 |
| 25 | MYRON F. ROSE | February 4, 2004 | 4680 | $ 850.00 |

All in violation of 18 U.S.C. §§ 1344 and 2.

A TRUE BILL:

GRAND JURY FOREPERSON

ROBERT CLARK CORRENTE
United States Attorney

Gerard B. Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney
Criminal Chief

RICHARD W. ROSE
Assistant U.S. Attorney

Date: 3-8-06