AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Myron Rose

APPEARANCE

CASE NUMBER: CR 06-36-02T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Myron Rose

I certify that I am admitted to practice in this court.

3/9/06
*Date*

[signature]
*Signature*

Joseph DeCaporale 1794
*Print Name* *Bar Number*

400 Reservoir Ave
*Address*

Prov RI 02907
*City* *State* *Zip Code*

401-228-8966 228-8961
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.