1132276

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

MYRON F. ROSE

**WARRANT FOR ARREST**

CASE NUMBER: CR06-36T

RECEIVED
MAR 0 8 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MYRON F. ROSE
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO COMMIT BANK FRAUD; BANK FRAUD

in violation of Title 18 United States Code, Section(s) 371 & 1344

| | |
|---|---|
| JEANNINE THEALL<br>Name of Issuing Officer | DEPUTY CLERK<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | March 8, 2006 - PROVIDENCE, RI<br>Date and Location |

Bail fixed at $ ________________ by ________________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED<br>3/8/06<br>DATE OF ARREST<br>3/9/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Maurice Cote, Special Agent | SIGNATURE OF ARRESTING OFFICER<br>[signature] |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.