AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

**APPEARANCE**

Case Number: CR06-36-12T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Myron Rose

I certify that I am admitted to practice in this court.

8/13/08
Date

Signature

Terence Hinnsk
Print Name

Bar Number

681 Smith ST
Address

Providence RI 02908
City State Zip Code

841-8121
Phone Number

274-5432
Fax Number